UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.D. LOZANO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1407-KJM-EFB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 5, 2020, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 13. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. *Id.* Plaintiff has not paid the fee.[1]

/////

---

[1] Plaintiff has, however, filed "objections," stating that the court should hold an "ability to pay hearing." ECF No. 14. Court is unaware of any legal authority, and plaintiff points to none, that would entitle a plaintiff to a hearing prior to an order denying an application for leave to proceed in forma pauperis.

1

1      Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

2  DATED: June 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE